1078

No. 79–906. RANCHO LA COSTA, INC., DBA LA COSTA COUNTRY CLUB v. ALCOHOLIC BEVERAGE CONTROL APPEALS BOARD ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 79–909. SMITH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–911. KOEHL, ADMINISTRATOR, ET AL. v. UNITED STATES FIRE INSURANCE Co. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 79–918. SHUFFMAN, EXECUTRIX v. HARTFORD TEXTILE CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–919. WHISKERS ET AL. v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 79–922. GOULD v. GAVETT ET AL. C. A. 4th Cir. Certiorari denied.

No. 79–931. HAYES ET AL. v. SOLOMON ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–940. DE TOLEDANO v. NADER. Ct. App. D. C. Certiorari denied.

No. 79–942. SHUFFMAN, EXECUTRIX v. HARTFORD TEXTILE CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–946. RAMEY v. RAMEY. Sup. Ct. S. C. Certiorari denied.

No. 79–947. CALHOUN ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–950. SAVERSLAK, TRUSTEE v. DAVIS-CLEAVER PRODUCE Co. C. A. 7th Cir. Certiorari denied.